1026

JOHN OSIER, *Appellant,* v. THE CIVIL SERVICE
COMMISSION, CITY OF WINSLOW,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 68055, Terence Hanley, J., entered May 16,
1977. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Pearson, C.J., and Soule, J.

[Nos. 2804–2; 2832–2. Division Two. December 7, 1978.]

STANLEY J. TROHIMOVICH, ET AL, *Appellants,* v. THE
DEPARTMENT OF REVENUE, ET AL, *Respondents.*

STANLEY J. TROHIMOVICH, *Appellant,* v. DANIEL J.
EVANS, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Grays
Harbor County, Nos. 66486, 67866, John H. Kirkwood, J.,
entered December 30, 1976. *Affirmed* by unpublished opin-
ion per Soule, J., concurred in by Pearson, C.J., and Petrie,
J.

[No. 5568–1. Division One. December 11, 1978.]

PIONEER HOME BUILDERS, INC., *Appellant,* v. GENE L.
ERWIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 814137, T. Patrick Corbett, J., entered April 1,
1977. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Andersen, A.C.J., and James, J.